# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Jessica Santiago, on behalf of V.S.,
a minor,

     Plaintiff,

  v.         CIVIL ACTION NO. 08-40248-FDS

Michael Astrue, Commissioner,
Social Security Administration,

     Defendant,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

 **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **IT IS  ORDERED AND ADJUDGED: In accordance with the Count's Order, dated March 31, 2010, granting the plaintiff's motion to reverse the decision of the commissioner, it is hereby ORDERED judgment for the plaintiff.**

          SARAH THORNTON, CLERK

Dated: 3/31/10        /s/ Martin Castles
           ( By )  Deputy Clerk